424 A.2d 542

Commonwealth v. Lanier, Appellant.

Argued June 19, 1979.   Norris E. Gelman, for appellant; Andrew Cohn, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, HOFFMAN and CATANIA, JJ.*

Judgment of sentence affirmed.

424 A.2d 543

Commonwealth ex rel. Bevitz et al. v. Litt, Appellant.

Argued March 22, 1979.   J. Schafle, Jr., for appellant;   Louis S. Cridden, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Order affirmed.